```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| WILLIAM LAWSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN A. PALAKOVICH, et al. | : | NO. 06-0267 |

<u>ORDER</u>

AND NOW, this 23rd day of August, 2007, upon consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 and the response thereto, and after an independent review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, and the petitioner's objections thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED;

3. The objections are overruled; and

4. A certificate of appealability shall not issue since, for the reasons set forth in the Report and Recommendation, petitioner has not made a substantial showing of the denial of a constitutional right.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.